

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                    Case No. 09-38988 BKC-RAM

**Mayra C. Ramos**                         Chapter 13

_____Debtor_____/

## APPLICATION TO WITHDRAW UNCLAIMED FUNDS

Applicant, __Adams & Cohen_____, applies to this court for entry of an order directing the clerk of the court to remit to the applicant the sum of $1,935.69, said funds having been deposited into the Treasury of the United States pursuant to 28 U.S.C. §2041 as unclaimed funds held in the name of _Heartwood 47, LLC._ Applicant further states that:

1. (Indicate one of the following items:)

  ____ Applicant is the individual listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy Court Clerk" under whose name these funds were deposited and states that no other application for this claim has been submitted by or at the request of this applicant.  If funds were deposited in the names of both husband and wife, both must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.  Also attached is a copy of an official government photo id of applicant to prove applicant's identity.

  _____ Applicant is either a family member or other authorized personal representative  of an incapacitated or deceased individual in whose name funds were deposited or  a successor in interest to the individual or business under whose name the funds were deposited.  **An original "power of attorney" conforming to the Official Bankruptcy Form and/or other supporting documents, including probate documents which indicate applicant's entitlement to this claim are attached and made a part of this application.** Also attached is a copy of an official government  photo id of applicant to prove applicant's identity.

  _____ Applicant is the duly authorized representative for the business or corporation listed in the "Notice of Deposit of Funds with the U.S. Bankruptcy

Court Clerk" under whose name these funds were deposited. Applicant has reviewed all applicable records and states that no other application for this claim has been submitted by or at the request of this claimant. **A Local Form "Affidavit of Claimant" (LF-28) and duly executed corporate power of attorney are attached and made a part of this application.**

__X__ Applicant is an attorney or a "funds locator" who has been retained by an individual or business or corporation under whose name the funds were deposited. Applicant has obtained an original "power of attorney" from the individual claimant or the duly authorized representative for the business or corporation named as the claimant in the notice of deposit of funds into the court. **An original "power of attorney", conforming to the Official Bankruptcy Form and a Local Form "Affidavit of Claimant" (LF-28) are attached and made a part of this application.**

_____ Applicant is an attorney or a "funds locator" who has been retained by the debtor in this case to claim funds deposited in the name of another individual or business or corporation. Applicant has obtained and attached to this application an original "power of attorney" from the debtor (if joint case, both debtors) who are seeking to claim these funds. Applicant has also attached to this application a notarized affidavit from the debtor detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of the debtor to prove debtor's identity. The applicant has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint debtor case, both husband and wife must sign the power of attorney, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

_____ Applicant is the debtor seeking to claim funds deposited in the name of another individual or business or corporation. Applicant has attached to this application a sworn affidavit detailing debtor's right to the funds deposited in the name of the creditor and has attached copies of any exhibits to substantiate this right. Also attached is a copy of an official government photo id of applicant to prove debtor's identity. The debtor has also attached a certificate of service reflecting that a copy of this application and required attachments has been served on the creditor whose funds the debtor is seeking to claim and on the trustee who deposited the funds with the clerk of court. If this is a joint case, both husband and wife must sign this application, or if one spouse is requesting release of funds in the name of that spouse only, applicant must attach a notarized affidavit stating why the funds should be released to only one spouse and not in the name of both.

2. Applicant has made sufficient inquiry and has no knowledge that this claim has been previously paid, that any other application for this claim is currently pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

3. Applicant has provided notice to the U.S. Attorney pursuant to 28 U.S.C. §2042.

Dated: *10-16-13*

Heartwood 47, LLC
Name Under Which Funds Were Deposited

Scheduled
Claim Number

Heartwood 47, LLC
Name of Party On Whose Behalf Application Was Filed*

Address: 401 East Las Olas Blvd., # 600

Ft. Lauderdale, FL 33301

Signature of Applicant
(Note: In addition to signing, complete all information below)

Last Four Digits of SS# _____

Tax ID (EIN #) __2751__

Jairo Camargo/                Manager
Print Name and Title of Applicant

Adams & Cohen
Print Company Name

P.O. Box 546293
Print Street Address

Miami Beach, FL 33154
Print City and State

(888) 978-9990
Telephone (including area code)

*Attach copy of official government photo id for all parties on whose behalf this application is being filed.

Sworn to and Subscribed before me
on __10/16/13__.

NOTARY PUBLIC, AT LARGE
STATE OF Florida

Oslenys B. Alba
COMMISSION # EE073660
EXPIRES: MAY 13, 2015
WWW.AARONNOTARY.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                   Case No. 09-38988 BKC-RAM

                                                         Chapter  13

**Mayra C. Ramos**


_____Debtor_____/

### AFFIDAVIT OF CLAIMANT

I,  __Seth M. Wise__, am (indicate status of claimant)

( ) the individual creditor (or authorized personal representative of the individual creditor) in whose name funds were deposited with the court who has granted a power of attorney to __Adams & Cohen_____, a "funds locator" or attorney to submit an application to withdraw unclaimed funds on my behalf; or

( ) the duly authorized representative for the claimant "business" _____
_____; or

( ) the debtor claiming funds deposited in the name of a creditor in this case who has granted a power of attorney to __Adams & Cohen_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( ) the debtor claiming funds deposited in the name of the debtor in this case who has granted a power of attorney to __Adams & Cohen_____,
a "funds locator" or attorney, to submit an application on my behalf; or

( X ) the duly authorized representative for claimant "business" as indicated in the attached corporate power of attorney who has granted a power of attorney to __Adams & Cohen_____a "funds locator" or attorney, to submit an application to withdraw unclaimed funds on my behalf;

and I am seeking payment of unclaimed funds in the amount of $1,935.69 deposited in this court in the name of Heartwood 47, LLC and representing claim number Scheduled (if no claim was filed write "scheduled" in blank space).

2. Claimant History:  Substantiate claimant's right to funds, including but not limited to documents relating to sale of company, i.e. purchase agreements and/or stipulation by prior and new owner as to right of ownership of funds. Attach certified copies of all necessary documentation, including those which establish the chain of ownership of the original corporate claimant. Also attach a copy of an official government photo id to prove your identity.

3. I (or the "business" I represent as claimant) have neither previously received

LF-28 (rev. 12/01/09)                    Page 1 of 2

remittance for these funds nor have contracted with any other party other than the person named as a "funds locator" or attorney in paragraph one above to recover these funds.

    I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief.

Dated: _10/10/2013_

_____
signature of claimant or representative of "business" claimant
  Seth M. Wise
print name
  Claimant's President
title

         4610
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

401 East Las Olas Blvd., Suite 600, Ft. Lauderdale, FL 33301
address

      (954) 940-6915
Phone number

_____
signature of joint debtor (if applicable)

_____
print name

_____
Last Four Digits of Social Security # or Tax ID# (EIN #)
(Note: attach a copy of an official government photo id such as a driver's license or passport)

Sworn to and Subscribed before me
on _10/10/13_ .

_____
NOTARY PUBLIC, AT LARGE

STATE OF _FLORIDA_



MICHAEL MCDONNELL
Notary Public - State of Florida
My Comm. Expires Feb 23, 2014
Commission # DD 964706
Bonded Through National Notary Assn.

## **CORPORATE LIMITED POWER OF ATTORNEY**

**KNOW ALL MEN BY THESE PRESENTS,** that I,

**Seth M. Wise, President of Heartwood 47, LLC** acting on its behalf hereby state that as such, I am authorized to seek recovery of the unclaimed, undistributed, or undelivered tenders of funds belonging to **Heartwood 47, LLC** held by the United States, by a state or local municipality, or by an agency or instrumentality of either.

Signed this _10_ day of _October_, 2013.

By _____
Seth M. Wise

State/ Providence of _FLORIDA_

The above named _Seth Wise_ known to be the individual described in (and holding the position designated in) the foregoing instrument, appeared before me and acknowledged the execution thereof to be his/her free of act and deed.

SWORN AND SUBSCRIBED BEFORE ME: _____
Notary Public

My commission expires: _____

MICHAEL MCDONNELL
Notary Public - State of Florida
My Comm. Expires Feb 23, 2014
Commission # DD 964706
Bonded Through National Notary Assn.

## LIMITED POWER OF ATTORNEY
(For one transaction only)

**I, Seth M. Wise, President of Heartwood 47, LLC,** do hereby grant to *ADAMS & COHEN* my sole true and lawful attorney-in-fact for me and my name, place and stead, giving unto my attorney-in-fact full power to do and perform, on an exclusive basis, all and every act not constituting the practice of law that I may legally do through an attorney-in-fact, for the following **limited purpose only and for no other:**

To reclaim, recover, and return unclaimed funds in the amount of **$1,935.69.**
Related to Mayra C. Ramos.

**This Limited Power of Attorney is specifically limited to the collection and disbursement of the above named funds and shall expire upon completion of this collection.** I authorize the use of a photocopy of this Power of Attorney, in lieu of the original. The person signing this Power of Attorney represents and warrants that he (she) has authority to sign for the corporation.

I do hereby certify that the foregoing is true and correct.

_____
Signature

## NOTARY ACKNOWLEDGMENT

State/ Providence of __FLORIDA__

SUBSCRIBED AND SWORN on the __10__ day of __OCTOBER__, 2013 before me, personally appeared __Seth Wise__, personally known to me or proved to me on the basis of satisfactory evidence (see identification below) to be the person whose name is subscribed to within instrument and acknowledgment to me, that they executed the same in their authorized capacity, and that by their signature on the instrument the person or their entity upon behalf of which the person acted executed the instrument.

**Identification for the above named was Drivers License No. (or specify other identification):** _____

WITNESS my hand and official seal,

Signature _Michael McDonnell_
Notary Public                                My commission expires:

MICHAEL MCDONNELL
Notary Public - State of Florida
My Comm. Expires Feb 23, 2014
Commission # DD 964706
Bonded Through National Notary Assn.

| | |
|---|---|
| **2013 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT** | **FILED** |
| DOCUMENT# L10000045164 | **Mar 05, 2013** |
| Entity Name: HEARTWOOD 47, LLC | **Secretary of State** |

**Current Principal Place of Business:**

401 EAST LAS OLAS BLVD
SUITE 800
FORT LAUDERDALE, FL 33301

**Current Mailing Address:**

401 EAST LAS OLAS BLVD
SUITE 800
FORT LAUDERDALE, FL 33301 US

FEI Number: 27-2484610                                              Certificate of Status Desired: No

**Name and Address of Current Registered Agent:**

LINNICK, STAN
401 EAST LAS OLAS BLVD
SUITE 800
FORT LAUDERDALE, FL 33301 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____
                        Electronic Signature of Registered Agent                                                                    Date

**Manager/Member Detail Detail :**

| Title | MGR | Title | MGR |
|---|---|---|---|
| Name | WISE, SETH M | Name | GRELLE, JOHN K |
| Address | 401 EAST LAS OLAS BLVD SUITE 800 | Address | 401 EAST LAS OLAS BLVD SUITE 800 |
| City-State-Zip: | FORT LAUDERDALE FL 33301 | City-State-Zip: | FORT LAUDERDALE FL 33301 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: JOHN K GRELLE                                        MGR                                    03/05/2013
                Electronic Signature of Signing Manager/Member Detail                                                        Date

## 2012 LIMITED LIABILITY COMPANY ANNUAL REPORT

**FILED**
**Apr 23, 2012**
**Secretary of State**

DOCUMENT# L10000045164

**Entity Name:** HEARTWOOD 47, LLC

**Current Principal Place of Business:**

2100 WEST CYPRESS CREEK
FORT LAUDERDALE, FL 33309    US

**New Principal Place of Business:**

**Current Mailing Address:**

2100 WEST CYPRESS CREEK
FORT LAUDERDALE, FL 33309    US

**New Mailing Address:**

FEI Number: 27-2484610    FEI Number Applied For ( )    FEI Number Not Applicable ( )    Certificate of Status Desired ( )

**Name and Address of Current Registered Agent:**

WHAN, LEONARD
2100 WEST CYPRESS CREEK
FORT LAUDERDALE, FL 33309    US

**Name and Address of New Registered Agent:**

LINNICK, STAN
2100 WEST CYPRESS CREEK
FORT LAUDERDALE, FL 33309    US

The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.

SIGNATURE:   STAN LINNICK                                                                04/23/2012
                        Electronic Signature of Registered Agent                              Date

**MANAGING MEMBERS/MANAGERS:**

Title:          MGR
Name:         TOALSON, VALERIE C
Address:      2100 WEST CYPRESS CREEK ROAD
City-St-Zip:  FORT LAUDERDALE, FL 33309 US

Title:          MGR
Name:         LEVAN, ALAN B
Address:      2100 WEST CYPRESS CREEK
City-St-Zip:  FORT LAUDERDALE, FL 33309 US

I hereby certify that the information indicated on this report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 608, Florida Statues.

SIGNATURE:   VALERIE C. TOALSON                                    MGR                04/23/2012
                        Electronic Signature of Signing Managing Member, Manager, or Authorized Representative / Date